UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MCTHENIA, CLAYTON B § Case No. 08-72441
MCTHENIA, MARY A §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Clerk of the US Bankruptcy Court
    Stanley J. Roszkowski US Courthouse
    327 South Church Street, Room 1100
    Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/26/2012 in Courtroom 3100,
    Stanley J. Roszkowski US Courthouse
    327 S. Church Street
    Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/21/2012      By: /s/ Bradley J. Waller
                                                     Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: §
§
MCTHENIA, CLAYTON B § Case No. 08-72441
MCTHENIA, MARY A §
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,966.93 |
| and approved disbursements of | $ | 380.69 |
| leaving a balance on hand of[1] | $ | 2,586.24 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 741.73 | $ 0.00 | $ 741.73 |
| Trustee Expenses: BRADLEY J. WALLER | $ 81.00 | $ 0.00 | $ 81.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 822.73 |
| Remaining Balance | $ 1,763.51 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,034.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Select Employees Credit Union | $ 1,196.69 | $ 0.00 | $ 210.31 |
| 3 | Dell Financial Services LLC | $ 2,108.88 | $ 0.00 | $ 370.62 |
| 4 | Capital One Bank (USA) NA | $ 489.25 | $ 0.00 | $ 85.98 |
| 5 | Reovery Management Systems Corporation | $ 6,239.75 | $ 0.00 | $ 1,096.60 |

Total to be paid to timely general unsecured creditors        $ 1,763.51
Remaining Balance                                              $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/ Bradley J. Waller
                     Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 08-72441-MB
Clayton B McThenia                                                  Chapter 7
Mary A McThenia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith              Page 1 of 3           Date Rcvd: Aug 31, 2012
                              Form ID: pdf006             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2012.
```
db         #+Clayton B McThenia,    1017 West Third Street,    Dixon, Il 61021-2717
jdb        #+Mary A McThenia,    1017 West Third Street,    Dixon, Il 61021-2717
12471285    +ABN-AMRO,    2600 W Big Beaver Rd,    Troy, MI 48084-3323
12471286     AFNI,    404 Brock Drive,    PO Box 3427,    Bloomington, IL  61702-3427
12471288   ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: Ameri Credit,     PO Box 78143,    Phoenix, AZ  85062)
12471287    +Amcore Bank,    501 7th St,    Rockford, IL 61104-1299
13016188   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK (USA), N.A.,     C/O TSYS DEBT MANAGEMENT (TDM),
               PO BOX 5155,    NORCROSS, GA  30091)
12471290    +Cornerstone Credit Union,    550 W Meadows Dr,    Freeport, IL 61032-5072
12471291   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: DFS Acceptance,     Payment Processing Center,    PO Box 6403,
               Carol Stream, IL  60197)
12471292    +Dixon Public School,    1335 Franklin Grove Rd,    Dixon, IL 61021-9191
12471294    +Freedman, Anselmo, Lindberg & Rappe, LLC,     P.O. Box 3228,    1807 W Diehl Rd Ste 333,
               Naperville, IL 60563-1890
12634408     GE Money Bank,    c/o Recovery Maagement Systems Corp,    25 SE 2nd Avenue Suite 1120,
               Miami, FL 33131-1605,    Attn: Ramesh Singh
12471296     HSBC Retail Services,    PO Box 4144,    Carol Stream, IL  60197-4144
12471297    +Johnson Appliance Repair,    21523 Luther Rd,    Sterling, IL 61081-9330
12471298    +KSB Hospital,    Commerce Towers, Suite 117,    215 E 1st St,    Dixon, IL 61021-3169
12471284    +Law Office of Elwin L Neal,    105 W 3rd St,    Sterling, IL 61081-3504
12471282    +McThenia Clayton B,    1017 West Third Street,    Dixon, IL 61021-2717
12471283    +McThenia Mary A,    1017 West Third Street,    Dixon, IL 61021-2717
12471299    +Meyer & Njus, P.A.,    1100 U.S. Bank Plaza,    200 S 6th St,    Minneapolis, MN 55402-1403
12471302    +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
12471306     RRCA,    312 Locust St,    Sterling, IL  61081-3539
13514374    +Recovery Management Systems Corporation,     For GE Money Bank,    dba MOHAWK/GEMB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12471303    +Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
12471304     Rock River Health, Inc.,    Attn: CGH Patient Accounts,    100 E Le Fevre Rd,
               Sterling, IL  61081-1278
12471305    +Rockford Health Physicians,    2300 N Rockton Ave,    Rockford, IL 61103-3619
12471307    +Select Employees Credit Union,    2412 Freeport Rd,    Sterling, IL 61081-7626
12471308     Sterling-Rock Falls Clinic, Ltd.,     101 E Miller Rd,    Sterling, IL  61081-1252
12471311     Valentine & Kebartas, Inc.,    PO Box 325,    Lawrence, MA  01842-0625
14908864    +eCAST Settlement Corp,    Assignee of HSBC Bank Nevada,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12471289     E-mail/Text: legalcollections@comed.com Sep 01 2012 00:23:34      Commonwealth Edison,
               Bill Payment Center,    Chicago, IL  60668-0001
12936003     E-mail/Text: resurgentbknotifications@resurgent.com Sep 01 2012 00:21:02
               Dell Financial Services, LLC,    c/o Resurgent Capital Services,    P.O. Box 10390,
               Greenville, SC 29603-0390
12471309     Fax: 866-419-3894 Sep 01 2012 01:03:20      U.S. Cellular,    P.O. Box 0203,
               Palatine, IL  60055-0001
12471310    +E-mail/Text: bnc@ursi.com Sep 01 2012 00:24:42      United Recovery Systems, LP,    PO Box 722929,
               Houston, TX 77272-2929
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12614708*  ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit,     AmeriCredit,    P O Box 183853,    Arlington, TX 76096)
12922983*  ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit Financial Services, Inc.,     PO Box 183853,
               Arlington, TX 76096)
12471293   ##+Family Medical & Surgical Practice,     1212 Currency Ct,    Rochelle, IL 61068-2321
12471295   ##+Harris & Harris, Ltd.,    600 W Jackson Blvd Ste 400,    Chicago, IL 60661-5675
12471300   ##Michael A. Mellott,    312 Locust St,    Sterling, IL 61081-3539
12471301   ##+NCO Financial Systems, Inc.,    PO Box 61247,    Virginia Beach, VA 23466-1247
                                                                                TOTALS: 0, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-3          User: lorsmith              Page 2 of 3           Date Rcvd: Aug 31, 2012
                              Form ID: pdf006             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2012**                       **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3           User: lorsmith              Page 3 of 3                  Date Rcvd: Aug 31, 2012
                               Form ID: pdf006             Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2012 at the address(es) listed below:
              Bradley J Waller    bjwtrustee@ksbwl.com,   bwaller@ecf.epiqsystems.com
              Bradley J Waller    on behalf of Plaintiff Bradley Waller bwaller@ksbwl.com,   vmaurer@ksbwl.com
              David J Frankel    on behalf of Creditor  AmeriCredit Financial Services, Inc.
               dfrankel@sormanfrankel.com,   bbehanna@sormanfrankel.com
              Elwin L Neal    on behalf of Debtor Clayton McThenia elwinneal@comcast.net
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Timothy R Yueill    on behalf of Creditor  CitiMortgage, Inc. timothyy@nevellaw.com
                                                                                             TOTAL: 6